1  **JOHN C. LEMON**
California Bar No. 175847
2  **LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
3  San Diego, CA 92101
Telephone: (619) 794-0423
4  email: jlemon@san.rr.com

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE BARRY TED MOSKOWITZ)**

11  UNITED STATES OF AMERICA,          )   Criminal No: 09cr4121-BTM
                                        )
12          Plaintiff,                  )
                                        )
13          v.                          )
                                        )
14                                      )   **ORDER CONTINUING**
    **ATTICUS GEE,**                    )   **MOTION HEARING**
15                                      )
            Defendant.                  )
16  _____)

17

18      Good cause appearing:

19      **IT IS HEREBY ORDERED** that the motion hearing currently scheduled for January 22, 2010,

20  at 2:00 p.m. be continued to February 12, 2010, at 2:30 p.m.

21      **SO ORDERED.**

22  DATED:  January 19, 2010

23                                              _____
24                                              Honorable Barry Ted Moskowitz
                                                United States District Judge
25

26

27

28